**FILED
CLERK**

6/2/2020 9:19 am

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- x

JAMES MURPHY AND ON BEHALF OF ALL
OTHER PERSONS SIMILARLY SITUATED,

          Plaintiffs,

  v.

LZRD CORP.

          Defendant.

------------------------------------- x

No.: 2:19-cv-06290-JMA-AKT

**NOTICE OF VOLUNTARY
DISCONTINUANCE**

Plaintiff(s), JAMES MURPHY, and on behalf of all other persons similarly situated, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against LZRD CORP. without prejudice and without fees and costs.

Dated: Melville, New York
       June 1, 2020

                              **LAW OFFICE OF DARRYN G. SOLOTOFF PLLC**

                              Darryn G. Solotoff (DS-8117)
                              Attorney for Plaintiff(s)
                              25 Melville Park Road, Suite 108
                              Phone: 516.695.0052
                              ds@lawsolo.net

Case closed.

SO ORDERED:

/s/ Joan M. Azrack         6/2/2020
_____
United States District Court Judge